Lorraine P. Ocheltree (SBN 151791)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:  lpocheltree@duanemorris.com

Attorneys for Defendant
HOWREY LLP

Craig Michael Collins
Blum Collins LLP
707 Wilshire Blvd, Ste 4880
Los Angeles, CA 90017
Telephone: 213.572.0400
Facsimile: 213.572.0400
E-Mail: collins@blumcollins.com

Attorneys for Plaintiffs
VIRGINIA THOMAS, ET AL.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA THOMAS, GAIL ADAMS, RODERICK CASEY, SANDRA DEAN, MARCUS HILL, KIMYA HOGARTH, DEREK HOVER, LINDA JACKSON, MICHAEL K. JACKSON, ALICIA LEWIS, LONDON MCCLOUD, NICOLE MILNE, SHELLY PARKER, MACHELLE PROCTER, DEAN SAUDER, MATTHEW STEPHAN, DESMOND STRASSER-KING, each individually and on behalf of all others similarly situated and the general public, | Case No. CV 11-01729 EMC |
| | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER THEREON** |
| Plaintiffs, | |
| vs. | Date:     July 22, 2011<br>Time:     9:00 a.m.<br>Dept.:    Courtroom 5, 17th Floor |
| HOWREY LLP, a District of Columbia limited liability partnership, and DOES 1-500, | |
| Defendants. | |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

CV 11-01729 EMC

1  Defendant Howrey LLP ("Howrey"), by and through its undersigned counsel, and Plaintiffs,

2  Virginia Thomas, et al. ("Thomas"), by and through their undersigned counsel, hereby enter into the

3  following Stipulation:

4  WHEREAS, on or about April 8, 2011 the Court issued an Order Setting Initial Case

5  Management Conference and ADR Deadlines, which scheduled an Initial Case Management

6  Conference for July 20, 2011;

7  WHEREAS, on or about May 4, 2011, Defendant Howrey filed a Suggestion of Bankruptcy;

8  WHEREAS, on or about July 7, 2011, the Court served a Clerk's Notice rescheduling the

9  hearing on the Case Management Conference to July 22, 2011;

10  WHEREAS, on or about July 13, 2011, Courtroom Deputy to District Court Judge Chen sent

11  an email to counsel asking the parties to e-file a Stipulation if an extension of the Case Management

12  Conference was requested in light of the Suggestion of Bankruptcy;

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
2

CV 11-01729 EMC

DM1/2732823.1

NOW, THEREFORE, Plaintiffs Virginia Thomas, et al. and Defendant Howrey LLP, stipulate to stay the current Case Management Conference scheduled for July 22, 2011, and reschedule it to a date after the bankruptcy stay has lifted or an alternative date selected by the Court.

FOR PLAINTIFF VIRGINIA THOMAS, ET AL.

Dated: July 15, 2011                    By:     /s/ Craig Collins
                                                Craig Collins
                                                Blum Collins LLP

FOR DEFENDANT HOWREY LLP.

Dated: July 15, 2011                    By:     /s/ Lorraine P. Ocheltree
                                                Lorraine Ocheltree
                                                Duane Morris LLP

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.     The CMC is reset from 7/22/11 to 1/6/12 at 9:00 a.m.  A joint cmc statement shall be filed by 12/31/11.

Dated:   7/18   , 2011                           _____
                                                 The Hon. Edward M. Chen

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
3

CV 11-01729 EMC

DM1/2732823.1

1

GENERAL ORDER 45 CERTIFICATION

2

I, Lorraine P. Ocheltree, hereby attest pursuant to N.D. Cal. General Order No. 45 that the

3

concurrence to the filing of this document has been obtained from each signatory hereto.

4

5

DATED: July 15, 2011                    DUANE MORRIS LLP

6

7

8

By:    /s/ Lorraine P. Ocheltree
       Lorraine P. Ocheltree (SBN 151791)
9
       DUANE MORRIS LLP
       Attorneys for Defendant
10
       HOWREY LLP

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
4

DM1/2732823.1