1  Lorraine P. Ocheltree (SBN 151791)
   DUANE MORRIS LLP
2  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: 415.957.3000
   Facsimile: 415.957.3001
4  E-Mail: lpocheltree@duanemorris.com

5  Attorneys for Defendant
6  HOWREY LLP

7  Craig Michael Collins
   Blum Collins LLP
8  707 Wilshire Blvd, Ste 4880
   Los Angeles, CA 90017
9  Telephone: 213.572.0400
   Facsimile: 213.572.0400
10 E-Mail: collins@blumcollins.com

11

12 Attorneys for Plaintiffs
   VIRGINIA THOMAS, ET AL.
13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| 17  VIRGINIA THOMAS, GAIL ADAMS, RODERICK CASEY, SANDRA DEAN, 18  MARCUS HILL, KIMYA HOGARTH, DEREK HOVER, LINDA JACKSON, 19  MICHAEL K. JACKSON, ALICIA LEWIS, LONDON MCCLOUD, NICOLE MILNE, 20  SHELLY PARKER, MACHELLE PROCTER, DEAN SAUDER, MATTHEW STEPHAN, 21  DESMOND STRASSER-KING, each individually and on behalf of all others 22  similarly situated and the general public, | Case No. CV 11-01729 EMC  **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER THEREON**  Date:    January 6, 2012 Time:    9:00 a.m. Dept.:   Courtroom 5, 17th Floor |
| 23            Plaintiffs, | |
| 24       vs. | |
| 25  HOWREY LLP, a District of Columbia limited liability partnership, and DOES 1-500, | |
| 26            Defendants. | |
| 27 | |

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

CV 11-01729 EMC

DM1/2732823.1

1  Defendant Howrey LLP ("Howrey"), by and through its undersigned counsel, and Plaintiffs,
2  Virginia Thomas, et al. ("Thomas"), by and through their undersigned counsel, hereby enter into the
3  following Stipulation:
4  WHEREAS, on or about April 8, 2011 the Court issued an Order Setting Initial Case
5  Management Conference and ADR Deadlines, which scheduled an Initial Case Management
6  Conference for July 20, 2011;
7  WHEREAS, on or about May 4, 2011, Defendant Howrey filed a Suggestion of Bankruptcy;
8  WHEREAS, on or about July 7, 2011, the Court served a Clerk's Notice rescheduling the
9  hearing on the Case Management Conference to July 22, 2011;
10 WHEREAS, on or about July 18, 2011, pursuant to a joint stipulation of the parties, this
11 Court entered an order continuing the July 22, 2011 Case Management Conference to January 12,
12 2012;
13 WHEREAS, this case remains pending in the bankruptcy court;
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
2                                                          CV 11-01729 EMC
DM1/2732823.1

NOW, THEREFORE, in light of the pending bankruptcy stay, Plaintiffs Virginia Thomas, et al. and Defendant Howrey LLP, stipulate to stay the current Case Management Conference scheduled for January 6, 2012, and reschedule it to a date after the bankruptcy stay has lifted or an alternative date selected by the Court.

FOR PLAINTIFF VIRGINIA THOMAS, ET AL.

Dated: January 3, 2012      By:   /s/ Craig Collins
                                  Craig Collins
                                  Blum Collins LLP

FOR DEFENDANT HOWREY LLP.

Dated: January 3, 2012      By:   /s/ Lorraine P. Ocheltree
                                  Lorraine Ocheltree
                                  Duane Morris LLP

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.   The CMC is reset from 1/6/12 to 6/8/12 at 9:00 a.m.  A joint CMC Statement shall be filed by 6/1/12.

Dated: ___1/4___, 2012

_____
The Hon. Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GENERAL ORDER 45 CERTIFICATION

I, Lorraine P. Ocheltree, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: January 3, 2012   DUANE MORRIS LLP

By: /s/ Lorraine P. Ocheltree
Lorraine P. Ocheltree (SBN 151791)
DUANE MORRIS LLP
Attorneys for Defendant
HOWREY LLP