Lorraine P. Ocheltree (SBN 151791)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail: lpocheltree@duanemorris.com

Attorneys for Defendant
HOWREY LLP

Craig Michael Collins
Blum Collins LLP
707 Wilshire Blvd, Ste 4880
Los Angeles, CA 90017
Telephone: 213.572.0400
Facsimile: 213.572.0400
E-Mail: collins@blumcollins.com

Attorneys for Plaintiffs
VIRGINIA THOMAS, ET AL.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA THOMAS, GAIL ADAMS, RODERICK CASEY, SANDRA DEAN, MARCUS HILL, KIMYA HOGARTH, DEREK HOVER, LINDA JACKSON, MICHAEL K. JACKSON, ALICIA LEWIS, LONDON MCCLOUD, NICOLE MILNE, SHELLY PARKER, MACHELLE PROCTER, DEAN SAUDER, MATTHEW STEPHAN, DESMOND STRASSER-KING, each individually and on behalf of all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HOWREY LLP, a District of Columbia limited liability partnership, and DOES 1-500,<br><br>Defendants. | Case No. CV 11-01729 EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER THEREON**<br><br>Date:   June 12, 2012<br>Time:  9:00 a.m.<br>Dept.:  Courtroom 5, 17th Floor |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

CV 11-01729 EMC

DM1/2732823.1

Defendant Howrey LLP ("Howrey"), by and through its undersigned counsel, and Plaintiffs, Virginia Thomas, et al. ("Thomas"), by and through their undersigned counsel, hereby enter into the following Stipulation:

WHEREAS, on or about April 8, 2011 the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, which scheduled an Initial Case Management Conference for July 20, 2011;

WHEREAS, on or about May 4, 2011, Defendant Howrey filed a Suggestion of Bankruptcy;

WHEREAS, as a result of that bankruptcy filing, Case Management Conferences have been set and rescheduled periodically;

WHEREAS, a Case Management Conference is currently scheduled for June 12, 2012;

WHEREAS, this case remains pending in the bankruptcy court;

NOW, THEREFORE, in light of the pending bankruptcy stay, Plaintiffs Virginia Thomas, et al. and Defendant Howrey LLP, stipulate to stay the current Case Management Conference scheduled for June 12, 2012, and reschedule it to a date after the bankruptcy stay has lifted or an alternative date selected by the Court.

FOR PLAINTIFF VIRGINIA THOMAS, ET AL.

Dated: May 31, 2012           By:   /s/ Craig Collins
                                    Craig Collins
                                    Blum Collins LLP


FOR DEFENDANT HOWREY LLP.


Dated: May 31, 2012           By:   /s/ Lorraine P. Ocheltree
                                    Lorraine Ocheltree
                                    Duane Morris LLP

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
2
CV 11-01729 EMC

DM1/2732823.1

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.  The CMC is reset from 6/12/12 to 9/14/12 at 9:00 a.m.

Dated: \_\_6/1\_\_, 2012 _____
                                    M. Chen

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

GENERAL ORDER 45 CERTIFICATION

I, Lorraine P. Ocheltree, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: May __, 2012                    DUANE MORRIS LLP

By:    /s/ Lorraine P. Ocheltree
       Lorraine P. Ocheltree (SBN 151791)
       DUANE MORRIS LLP
       Attorneys for Defendant
       HOWREY LLP