1  Eric A. Nyberg, Esq. (Bar No. 131105)
   Chris D. Kuhner, Esq. (Bar No. 173291)
2  KORNFIELD, NYBERG, BENDES & KUHNER P.C.
   1970 Broadway, Suite 225
3  Oakland, CA 94612
   Telephone: 510-763-1000
4  Facsimile: 510-273-8669

5  Stephen T. Loden (*pro hac vice to be filed*)
   DIAMOND MCCARTHY LLP
6  909 Fannin, 15th Floor
   Houston, TX 77010
7  Telephone: 713-333-5100
   Facsimile: 713-333-5199
8  *Counsel For Allan B. Diamond,*
   *Chapter 11 Trustee For Howrey LLP*
9

10 Craig Michael Collins
   Blum Collins LLP
11 707 Wilshire Blvd, Ste 4880
   Los Angeles, CA 90017
12 Telephone: 213.572.0400
   Facsimile: 213.572.0400
13 E-Mail: collins@blumcollins.com
   *Attorneys for Plaintiffs*
14 *VIRGINIA THOMAS, ET AL.*

15               **UNITED STATES DISTRICT COURT**
16               **NORTHERN DISTRICT OF CALIFORNIA**

17 | | |
|---|---|
| VIRGINIA THOMAS, GAIL ADAMS, RODERICK CASEY, SANDRA DEAN, MARCUS HILL, KIMYA HOGARTH, DEREK HOVER, LINDA JACKSON, MICHAEL K. JACKSON, ALICIA LEWIS, LONDON MCCLOUD, NICOLE MILNE, SHELLY PARKER, MACHELLE PROCTER, DEAN SAUDER, MATTHEW STEPHAN, DESMOND STRASSER-KING, each individually and on behalf of all others similarly situated and the general public, | Case No. CV 11-01729 EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND (~~PROPOSED~~) ORDER THEREON**<br><br>Date: September 18, 2012<br>Time: 9:30 a.m.<br>Dept.: Courtroom 5, 17th Floor |
| Plaintiffs, | |
| vs. | |
| HOWREY LLP, a District of Columbia limited liability partnership, and DOES 1-500, | |
| Defendants. | |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

DM1/2732823.1                                                       CV 11-01729 EMC

1  Defendant Howrey LLP ("Howrey"), by and through its counsel to Allan B. Diamond in his
2  capacity as the court-approved chapter 11 trustee for Howrey, and Plaintiffs, Virginia Thomas, et al.
3  ("Thomas"), by and through their undersigned counsel, hereby enter into the following Stipulation:
4  WHEREAS, on or about April 8, 2011 the Court issued an Order Setting Initial Case
5  Management Conference and ADR Deadlines, which scheduled an Initial Case Management
6  Conference for July 20, 2011;
7  WHEREAS, on or about May 4, 2011, Defendant Howrey filed a Suggestion of Bankruptcy;
8  WHEREAS, as a result of that bankruptcy filing, Case Management Conferences have been
9  set and rescheduled periodically;
10  WHEREAS, a Case Management Conference is currently scheduled for September 18, 2012;
11  WHEREAS, this case remains pending in the bankruptcy court;
12  NOW, THEREFORE, in light of the pending bankruptcy stay, Plaintiffs Virginia Thomas, et
13  al. and Defendant Howrey LLP, stipulate to stay the current Case Management Conference
14  scheduled for September 18, 2012 and reschedule it to a date after the bankruptcy stay has lifted or
15  an alternative date selected by the Court.

Dated: September 6, 2012

FOR PLAINTIFF VIRGINIA THOMAS, ET AL.

By: _____
Craig Collins
Blum Collins LLP

Dated: September __, 2012

FOR ALLAN B. DIAMOND, CHAPTER 11
TRUSTEE FOR DEFENDANT HOWREY LLP.

By: _____
Eric A. Nyberg, Esq.
Kornfield, Nyberg, Bendes & Kuhner P.C.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
2

PURSUANT TO THE STIPULATION, IT IS SO ORDERED. THE CMC is reset from 9/18/12 to 3/8/13 at 9:00 a.m. A joint CMC Statement shall be filed by 3/1/13.

Dated: __9/13__, 2012

The Hon. Edward M. Chen

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Sep 06 12 04:12p    Blum Collins LLP                                p.3

GENERAL ORDER 45 CERTIFICATION

I, Eric A. Nyberg, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: September __, 2012

By: _____
Eric A. Nyberg, Esq. (Bar No. 131105)
Kornfield, Nyberg, Bendes & Kuhner P.C.

Attorneys for Allan B. Diamond, chapter 11 trustee for Defendant Howrey LLP