Craig M. Collins (Bar No. 151582)
Blum Collins, LLP
707 Wilshire Blvd, Ste 4880
Los Angeles, CA 90017
Telephone: 213.572.0400
Facsimile: 213.572.0401
E-Mail: collins@blumcollins.com

Attorneys for Plaintiffs
VIRGINIA THOMAS, ET AL.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA THOMAS, GAIL ADAMS, RODERICK CASEY, SANDRA DEAN, MARCUS HILL, KIMYA HOGARTH, DEREK HOVER, LINDA JACKSON, MICHAEL K. JACKSON, ALICIA LEWIS, LONDON MCCLOUD, NICOLE MILNE, SHELLY PARKER, MACHELLE PROCTER, DEAN SAUDER, MATTHEW STEPHAN, DESMOND STRASSER-KING, each individually and on behalf of all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HOWREY LLP, a District of Columbia limited liability partnership, and DOES 1-500,<br><br>Defendants. | Case No. CV 11-01729 EMC<br><br>**PLAINTIFFS' CASE MANAGEMENT STATEMENT** ; ORDER<br><br>Date:   September 4, 2014<br>Time:   10:30 a.m.<br>Dept.:   Courtroom 5, 17th Floor |

Plaintiffs, Virginia Thomas, et al. ("Thomas"), by and through their undersigned counsel, hereby submit their case management statement in advance of the case management conference scheduled for September 4, 2014 at 10:30 a.m. in Courtroom 5.

CASE MANAGEMENT STATEMENT

CV 11-01729 EMC

This case remains pending in the United States Bankruptcy Court, Northern District of California (*In re Howrey, LLP*, Case No. 11-31376-DM).  Therefore, in light of the pending bankruptcy stay, Thomas asks the Court to stay the current Case Management Conference scheduled for September 4, 2014, and reschedule it to a date after the bankruptcy stay has lifted or an alternative date selected by the Court.

                                      FOR PLAINTIFF VIRGINIA THOMAS, ET AL.

Dated: September 1, 2014          By/s/Craig M. Collins
                                          Craig M. Collins
                                          Blum Collins, LLP

```
IT IS SO ORDERED that the further CMC is reset from 9/4/14
to 11/20/14 at 10:30 a.m.  An updated joint CMC statement
including status of the bankruptcy shall be filed by 11/13/14.
```

_____
Edward M. Chen
U. S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

CASE MANAGEMENT STATEMENT
2

CV 11-01729 EMC