Craig M. Collins (Bar No. 151582)
Blum Collins, LLP
707 Wilshire Blvd, Ste 4880
Los Angeles, CA 90017
Telephone: 213.572.0400
Facsimile: 213.572.0401
E-Mail: collins@blumcollins.com

Attorneys for Plaintiffs
VIRGINIA THOMAS, ET AL.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA THOMAS, GAIL ADAMS, RODERICK CASEY, SANDRA DEAN, MARCUS HILL, KIMYA HOGARTH, DEREK HOVER, LINDA JACKSON, MICHAEL K. JACKSON, ALICIA LEWIS, LONDON MCCLOUD, NICOLE MILNE, SHELLY PARKER, MACHELLE PROCTER, DEAN SAUDER, MATTHEW STEPHAN, DESMOND STRASSER-KING, each individually and on behalf of all others similarly situated and the general public, <br><br> Plaintiffs, <br><br> vs. <br><br> HOWREY LLP, a District of Columbia limited liability partnership, and DOES 1-500, <br><br> Defendants. | Case No. CV 11-01729 EMC <br><br> **PLAINTIFFS' CASE MANAGEMENT STATEMENT** ; ORDER RESETTING CMC <br><br> Date:   August 27, 2015 <br> Time:   10:30 a.m. <br> Dept.:   Courtroom 5, 17th Floor |

Plaintiffs, Virginia Thomas, et al. ("Thomas"), by and through their undersigned counsel, hereby submit their case management statement in advance of the case management conference scheduled for August 27, 2015 at 10:30 a.m. in Courtroom 5.

1   This case remains pending in the United States Bankruptcy Court, Northern District of
2   California (*In re Howrey, LLP*, Case No. 11-31376-DM).  Plaintiffs are engaging in active
3   negotiations with the Bankruptcy Trustee, who has provided Plaintiffs with a proposed settlement
4   term sheet for discussion.  In light of the pending bankruptcy stay, Thomas asks the Court to stay the
5   current Case Management Conference scheduled for August 27, 2015, and reschedule it to a date
6   after the bankruptcy stay has lifted or an alternative date selected by the Court.

FOR PLAINTIFF VIRGINIA THOMAS, ET AL.

Dated: August 20, 2015              By/s/Craig M. Collins
                                         Craig M. Collins
                                         Blum Collins, LLP

```
IT IS SO ORDERED that the CMC is reset
to 12/17/15 at 10:30 a.m.  An updated
joint CMC Statement shall be filed by
12/10/15.
_____
Edward M. Chen
U. S. District Judge
```



CASE MANAGEMENT STATEMENT
2