Craig M. Collins (Bar No. 151582)
Blum Collins, LLP
707 Wilshire Blvd, Ste 4880
Los Angeles, CA 90017
Telephone: 213.572.0400
Facsimile: 213.572.0401
E-Mail: collins@blumcollins.com

Attorneys for Plaintiffs
VIRGINIA THOMAS, ET AL.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA THOMAS, GAIL ADAMS, RODERICK CASEY, SANDRA DEAN, MARCUS HILL, KIMYA HOGARTH, DEREK HOVER, LINDA JACKSON, MICHAEL K. JACKSON, ALICIA LEWIS, LONDON MCCLOUD, NICOLE MILNE, SHELLY PARKER, MACHELLE PROCTER, DEAN SAUDER, MATTHEW STEPHAN, DESMOND STRASSER-KING, each individually and on behalf of all others similarly situated and the general public, <br><br> Plaintiffs, <br><br> vs. <br><br> HOWREY LLP, a District of Columbia limited liability partnership, and DOES 1-500, <br><br> Defendants. | Case No. CV 11-01729 EMC <br><br> **PLAINTIFFS' CASE MANAGEMENT STATEMENT** ; ORDER <br><br> Date:   April 21, 2016 <br> Time:   10:30 a.m. <br> Dept.:   Courtroom 5, 17th Floor |

Plaintiffs, Virginia Thomas, et al. ("Thomas"), by and through their undersigned counsel, hereby submit their case management statement in advance of the case management conference scheduled for April 21, 2016 at 10:30 a.m. in Courtroom 5.

CASE MANAGEMENT STATEMENT

CV 11-01729 EMC

This case remains pending in the United States Bankruptcy Court, Northern District of California (*In re Howrey, LLP*, Case No. 11-31376-DM). On October 19, 2015, the Chapter 11 Trustee and the Official Committee of Unsecured Creditors filed a Joint Motion to Convert the Bankruptcy Case to Chapter 7 pursuant to 11 U.S.C. 1112(B). The Chapter 11 Trustee Allan Diamond suspended settlement negotiations with plaintiffs while he moved to be appointed as the Chapter 7 Trustee.

The Bankruptcy Court ordered the Chapter 7 conversion to take place on December 1, 2015, and granted Mr. Diamond's motion to be appointed as the Chapter 7 Trustee. Plaintiffs will seek to resume negotiation with Mr. Diamond as the Chapter 7 Trustee.

In light of the pending bankruptcy stay, Thomas asks the Court to stay the current Case Management Conference scheduled for April 21, 2016, and reschedule it to a date after the bankruptcy stay has lifted or an alternative date selected by the Court.

                                        FOR PLAINTIFF VIRGINIA THOMAS, ET AL.

Dated: April 15, 2016        By/s/   Craig M. Collins
                                        Craig M. Collins
                                        Blum Collins, LLP

```
IT IS SO ORDERED that the further CMC is reset from 4/21/16 to 8/25/16 at
10:30 a.m.  An updated joint CMC Statement shall be filed by 8/18/16.
_____
Edward M. Chen
U. S. District Judge
```



CASE MANAGEMENT STATEMENT
2
CV 11-01729 EMC