Craig M. Collins (Bar No. 151582)
Blum Collins, LLP
707 Wilshire Blvd, Ste 4880
Los Angeles, CA 90017
Telephone: 213.572.0400
Facsimile: 213.572.0401
E-Mail: collins@blumcollins.com

Attorneys for Plaintiffs
VIRGINIA THOMAS, ET AL.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA THOMAS, GAIL ADAMS, RODERICK CASEY, SANDRA DEAN, MARCUS HILL, KIMYA HOGARTH, DEREK HOVER, LINDA JACKSON, MICHAEL K. JACKSON, ALICIA LEWIS, LONDON MCCLOUD, NICOLE MILNE, SHELLY PARKER, MACHELLE PROCTER, DEAN SAUDER, MATTHEW STEPHAN, DESMOND STRASSER-KING, each individually and on behalf of all others similarly situated and the general public, <br><br> Plaintiffs, <br><br> vs. <br><br> HOWREY LLP, a District of Columbia limited liability partnership, and DOES 1-500, <br><br> Defendants. | Case No. CV 11-01729 EMC <br><br> **PLAINTIFFS' CASE MANAGEMENT STATEMENT** <br><br> Date: January 3, 2023 <br> Time: 10:30 a.m. <br> Dept.: Courtroom 5, 17th Floor |

Plaintiffs, Virginia Thomas, et al. ("Thomas"), by and through their undersigned counsel, hereby submit their case management statement in advance of the case management conference scheduled for January 3, 2023, at 10:30 a.m. in Courtroom 5.

CASE MANAGEMENT STATEMENT

CV 11-01729 EMC

This case remains pending in the United States Bankruptcy Court, Northern District of California (*In re Howrey, LLP*, Case No. 11-31376-DM). Allan Diamond is the Chapter 7 Trustee in the bankruptcy case.

Opposing counsel declines to speak with us on the grounds that a bankruptcy stay prevents them from having to do anything or incur any attorney fees. Therefore, we are not able to submit a joint case management statement.

In light of the pending bankruptcy stay, Thomas asks the Court to stay the current Case Management Conference scheduled for January 3, 2023, and reschedule it to a date after the bankruptcy stay has lifted or an alternative date selected by the Court.

FOR PLAINTIFF VIRGINIA THOMAS, ET AL.

Dated: December 21, 2022                By/s/Craig M. Collins
                                        Craig M. Collins
                                        Blum Collins, LLP

CASE MANAGEMENT STATEMENT
2

CV 11-01729 EMC