UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINA THOMAS, et al, <br><br> Plaintiffs, <br><br> v. <br><br> HOWREY, LLP. <br><br> Defendant. | Case No. 11-cv-01729-EMC <br><br> **ORDER TO SHOW CAUSE** |

Counsel for Plaintiffs and Defendant were given due notices of the case management conferences scheduled on March 22, 2022; September 20, 2022; May 2, 2023; November 7, 2023; March 12, 2024 and June 11, 2024.  Counsel has repeatedly failed to comply with Court orders requiring the parties to file joint case management statements by the required deadlines.  The Court has had to send emails to counsel requesting the joint case management statements prior to each conference.  In every email sent to counsel, the Court has advised the parties to be cognizant of Court ordered deadlines and reminded the parties the filing of these statements is not optional but required.  It's the responsibility of the parties to comply with Court orders and not the duty of the Court to send repeated requests for the statements.

On June 11, 2024, a couple of hours prior to the case management conference, the parties filed their joint case management statement requesting the Court reschedule the conference to a date in July 2025.  Counsel, without approval from the Court failed to appear for the scheduled conference and kept the Court waiting.

Counsel has continuously failed to comply with Court orders with no disregard for the Court's schedule.  The Court hereby orders Plaintiffs and Defendant to Show Cause as to why counsel should not be sanctioned for failure to comply with Court orders.  Counsel shall respond

by July 17, 2024.  Counsel is forewarned that any future non-compliance will be subject to further sanctions.

**IT IS SO ORDERED.**

Dated: July 3, 2024

_____
EDWARD M. CHEN
United States District Judge