UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA THOMAS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>HOWREY LLP,<br><br>        Defendant. | Case No. 11-cv-01729-EMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Docket Nos. 118-20 |

      Previously, the Court issued an order directing the parties to show cause as to why counsel should not be sanctioned for failure to comply with Court orders. *See* Docket No. 118 (order). The parties have now responded to the order to show cause ("OSC"). To be frank, the responses are not satisfactory. Each side points the finger at the other. But the bottom line is that, if the Howrey firm is still in bankruptcy, it should not take a great deal of effort or cooperation for the parties to draft a joint status report reflecting that bankruptcy proceedings are continuing and asking for a continuing of proceedings in this case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Although sanctions are arguably warranted, the Court shall not at this time issue sanctions. It **DISCHARGES** the order to show cause and sets the next status conference for July 10, 2025, at 2:30 p.m.  A joint status report shall be filed one week in advance.  Either party or both may seek to advance the status conference should the bankruptcy proceedings resolve earlier or should there be some other need to have an earlier conference.

**IT IS SO ORDERED**.

Dated: July 18, 2024

_____
EDWARD M. CHEN
United States District Judge

2