United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIRGINIA THOMAS, et al.,
Plaintiffs,
v.
HOWREY LLP,
Defendant.

Case No. 11-cv-01729-EMC

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Docket Nos. 139, 141

Previously, the Court issued an order asking Plaintiffs (17 individuals) to show cause as to why the case should not be dismissed without prejudice in light of, *e.g.*, Howrey's insolvency and the ongoing bankruptcy proceedings where relief can potentially be obtained. The Court ordered Plaintiffs' counsel (who agreed with the bankruptcy trustee's assessment that there is no need for this case to continue under the circumstances) to serve the order to show cause on Plaintiffs by email and mail.

Plaintiffs' counsel has filed a declaration, stating, *inter alia*, that they served 14 of the 17 Plaintiffs by both email and mail. Two of the 17 Plaintiffs were served only by email or mail. One Plaintiff was not served by either email or mail. Counsel did not receive any request from a Plaintiff asking that an objection be filed to the order to show cause. Counsel also emailed the

/ / /

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

order to show cause on 133 other former Howrey employees for whom counsel had contact information. There is no indication that counsel heard from these employees.

Taking into account the above circumstances, the Court orders that the case at bar be dismissed **without** prejudice. The Court directs the Clerk of the Court to enter a final judgment in accordance with this order and close the file in the case.

**IT IS SO ORDERED**.

Dated: September 25, 2026

EDWARD M. CHEN
United States District Judge